IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                          CHAPTER 13 CASE NO:

ROSIE LEE WILLIAMSON and
ROBIN CRAIG WILLIAMSON                                     14-10313-JDW

### NOTICE OF TRUSTEE'S AMENDED MOTION TO DISMISS

Should any party receiving this notice respond or object to said motion, such response or objection is required to be filed on or before June 13, 2019, using the CM/ECF system or with the Clerk of this Court at the following address:

Shallanda J. Clay Clerk of Court
U. S. Bankruptcy Court
Northern District of Mississippi
703 Highway 145 North
Aberdeen, MS 39730

and a copy must be served on the undersigned Chapter 13 Trustee. If no responses are filed, the Court may consider said motion immediately after the time has expired. In the event a written response is filed, the Court will notify you of the date, time and place of the hearing thereon.

### CERTIFICATE

I, the undersigned Attorney for Trustee, do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the following attorneys of record and/or parties of interest.

Dated: May 24, 2019

                                                LOCKE D. BARKLEY
                                                CHAPTER 13 TRUSTEE

                                                /s/ Melanie T. Vardaman
                                                ATTORNEYS FOR TRUSTEE
                                                W. Jeffrey Collier (MSB 10645)
                                                Melanie T. Vardaman (MSB 100392)
                                                6360 I-55 North, Suite 140
                                                Jackson, Miss.  39211
                                                (601) 355-6661
                                                ssmith@barkley13.com

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                    CHAPTER 13 CASE NO.:

ROSIE LEE WILLIAMSON and
ROBIN CRAIG WILLIAMSON                               14-10313-JDW

## AMENDED TRUSTEE'S MOTION TO DISMISS

This motion amends the *Trustee's Motion to Dismiss* (Dkt. #40) filed on May 21, 2019. Amendments are shown in *italics* below.

COMES NOW Locke D. Barkley, Chapter 13 Trustee (the "Trustee"), by and through counsel, and files this *Amended Trustee's Motion to Dismiss* (the "Motion") in the above referenced matter, and in support thereof states as follows:

1. On January 28, 2014, the Debtor[1] initiated this proceeding with the filing of a Chapter 13 Bankruptcy Petition (Dkt. #1). The Chapter 13 Plan was confirmed by Order of this Court on June 6, 2014, for a term of 60 months (the "Confirmed Plan") (Dkt. #37).

2. There remains a balance of $3,508.00 to complete the case.

3. Debtor must remit to Trustee the sum of *$3,508.00*, in the form of guaranteed funds, prior to June 21, 2019, or the case should be dismissed.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that the Motion be received and filed and upon opportunity for a hearing, this Court will enter its order granting the Motion and for such other, further and general relief to which Trustee and this bankruptcy estate may be entitled.

---

[1] The above-referenced Debtor or Debtors shall be referred to herein in the singular as Debtor unless specified otherwise.

Dated:   May 24, 2019

>Respectfully submitted,
>
>**LOCKE D. BARKLEY**
>**CHAPTER 13 TRUSTEE**
>
>By:  /s/ Melanie T. Vardaman
>ATTORNEYS FOR TRUSTEE
>W. Jeffrey Collier (MSB 10645)
>Melanie T. Vardaman (MSB 100392)
>6360 I-55 North, Suite 140
>Jackson, Miss.  39211
>(601) 355-6661
>ssmith@barkley13.com

## CERTIFICATE OF SERVICE

I, the undersigned attorney for the Trustee, do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

Dated: May 24, 2019

>/s/ Melanie T. Vardaman
>MELANIE T. VARDAMAN